THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No: 12-CV-23475-MGC

DUCHESNE LUMA,
    Plaintiffs,
v.
MEKA INVESTMENTS CORP., a Florida Corporation, MARIE FRANCES ADAM, an Individual.
    Defendants,
_____

## UPDATED PLAINTIFF'S STATEMENT OF CLAIM

Plaintiff, DUCHESNE LUMA, by and through his undersigned attorney, hereby serves this updated Plaintiff's Statement of Claim on Defendant, as follows:

I.  Short statement of claim

Plaintiff seeks to recover unpaid minimum wages and overtime wages from Defendants, pursuant to the Fair Labor Act. Fair Labor Standards Act, 29 U.S.C. §§ 201-219.

Plaintiff was employed as a maintenance staff for Defendants. Plaintiff estimates that he worked approximately 4 to 5 hours in excess of 40 hours per week; however, Defendants failed to pay the minimum or overtime wages as required by the FLSA. Plaintiff was compensated on average at an hourly rate of Five Dollars ($5.00) per hour up to Forty (40) hours per week.

II.    Total amount of unpaid minimum wage

From March 2010 through April 2011, Employee, worked approximately 2,242.61 hours (40 hours X 56.06 weeks), not including overtime, for which he should have been compensated the minimum wage of $7.25 per hour. However, Mr. Luma was only paid approximately $5.00 per hour. Therefore, Mr. Luma is owed $2.25 per hour for all hours of regular time that he worked, or $5,045.87, plus liquidated damages or $10,091.74.

III.    Total amount of the unpaid overtime wage

During the period of time of March 2010 through April 2011, Employee worked

approximately 128.75 overtime hours (16 hours per week x 56.06 weeks) for which he should have been compensated at the overtime rate of $10.88 per hour. However, Mr. Luma was not compensated at all for those hours. Mr. Luma, therefore is owed $10.88 per hour for all hours of overtime worked, or $1,400.80, plus liquidated damages for an estimated total of $2,801.60.[1]

  IV.  Calculation of minimum wages and overtime wages owed
   From March 2010 to April 2011:
   2,242.61 hours of unpaid minimum wages X $2.25 (minimum wage owed) = $5,045.87
   From March 2010 to April 2011:
   128.75 hours of unpaid overtime X $10.88 (overtime rate) = $1,400.80
   $5,045.87 + $1,400.80 = $6,446.67

  V.  Employees payroll taxes not paid at 7.45%
   $1,305.98.

**Total overtime wage owed, $6,446.67 x 2 (liquidated) = $12,893.34 plus attorney's fees and costs, and any other damages allowable by law.**[2]

Respectfully submitted,

                                             **FLORIDA LAW PARTNERS**
                                             By:  /s/ Julisse Jimenez
                                             Florida Bar No.: 65387
                                             601 Brickell Key Drive, Suite 702
                                             Miami, FL. 33131
                                             (305) 371 – 8064 Office
                                             (305) 371 – 4967 Fax

---

[1] These damages are calculated as a matter if inference, as Plaintiff has not yet received complete time and payroll records from Defendants. See Anderson v. Mt. Clemens Pottery Co., 328 U.S. 680, 697-88, 66 S. Ct. 1187, 1192-93 (1946). Plaintiff reserves the right to modify their calculations once all time and payroll records are reviewed.

[2] Plaintiff reserves the right to amend these calculations

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed and e-mail this April 18th, 2013, to DAMIAN & VALORI LLP, Guy F. Giberson, Esq., 1000 Brickell Avenue, Suite 1020, Miami, FL 33131 and ggiberson@dvllp.com.

Respectfully Submitted,

**FLORIDA LAW PARTNERS**
By: /s/ Julisse Jimenez
*Attorneys for Plaintiff*
Florida Bar No.0065387
601 Brickell Key Drive, Suite 702
Miami, Florida 33131
Telephone: (305) 371-8064
Facsimile: (305) 371-4967
E-mail: jj@flawpartners.com